| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2004 | in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>ROSS, ALLYNE R | 2. Court or Organization<br>EASTERN DISTRICT OF NEW YORK | 3. Date of Report<br>5/17/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ⦿ Annual  ◯ FInal | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>U.S. DISTRICT COURT, EDNY<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|

RECEIVED 2005 JUN 13 A 10: 40 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust # 1 | *None* | | J | W | | | | | |
| 2. IRA # 1 | E | div & int | O | T, U | | | | | |
| 3. -Time Warner (formerly AOL Time Warner) | | | | | | | | | |
| 4. -Applied Materials | | | | | sell | 7-11 | J | *None* | |
| 5. -Bank of New York | | | | | | | | | |
| 6. -Cisco Systems | | | | | | | | | |
| 7. -Dreyfus Liquid Assets | | | | | | | | | |
| 8. -Amgen Inc. | | | | | buy | 8-3 | J | | |
| 9. -Ericsson | | | | | | | | | |
| 10. -General Electric | | | | | buy | 7-16 | J | | |
| 11. -American Express | | | | | | | | | |
| 12. -Citigroup | | | | | | | | | |
| 13. -Comcast | | | | | | | | | |
| 14. -Conoco Philips | | | | | sell | 1-27 | J | C | |
| 15. -Costco | | | | | | | | | |
| 16. -Intel | | | | | | | | | *(Last year's sale was partial)* |
| 17. -Intl. Bancshares | | | | | sell | 7-16 | J | B | Partial sale |
| 18. -Intl. Bancshares | | | | | sell | 8-11 | K | D | |

1. Income/Gain Codes:          A   = $1,000 or less          B   = $1,001-$2,500          C   = $2,501-$5,000          D   = $5,001-$15,000          E   = $15,001-$50,000
   (See Columns B1 and D4)    F   = $50,001-$100,000    G   = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                  J   = $15,000 or less        K   = $15,001-$50,000        L   = $50,001-$100,000        M   = $100,001-$250,000
   (See Columns C1 and D3)  N   = $250,000-$500,000    O   = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                                     P3 = $25,000,001-$50,000,000                                P4 = $More than $50,000,000
3. Value Method Codes       Q   = Appraisal              R   = Cost (Real Estate Only)    S   = Assessment              T   = Cash/Market
   (See Column C2)             U   = Book Value            V   = Other                        W   = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -JDS Uniphase | | | | | sell | 7-26 | J | None | |
| 20. -Microsoft | | | | | | | | | |
| 21. -Semitool Inc. | | | | | | | | | |
| 22. -Wal-mart | | | | | | | | | |
| 23. -John Hancock Bank Fund | | | | | buy | 2-27 | J | | |
| 24. -EIX Trust | | | | | Issuer call | K | D | | |
| 25. -WMX Tech. Notes | | | | | | | | | |
| 26. -Baxter Intl. | | | | | buy | 7-11 | J | | |
| 27. -Baxter Intl. Preferred | | | | | sell | 10-26 | J | None | |
| 28. -Viacom | | | | | | | | | |
| 29. -Nasdaq 100 Series Trust | | | | | sell | 6-25 | J | A | |
| 30. -American General Preferred | | | | | | | | | |
| 31. -ING Preferred | | | | | | | | | |
| 32. -AT & T Wireless | | | | | sell | 2-18 | K | D | |
| 33. -Bank of America Corp. | | | | | | | | | |
| 34. -DuPont | | | | | sell | 1-23 | J | A | |
| 35. -Enterprise Prods Partners | | | | | | | | | |
| 36. -Fifth Third Bancorp | | | | | sell | 7-16 | J | None | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

**Page 3 of 14**

Name of Person Reporting
ROSS, ALLYNE R

Date of Report
5/17/2005

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -G Tech Holdings | | | | | | | | | |
| 38. -Johnson & Johnson | | | | | | | | | |
| 39. -Kaneb Pipeline Ptnrs Preferred | | | | | sell | 1-30 | K | C | |
| 40. -Lockheed Martin | | | | | sell | 10-26 | J | A | |
| 41. -Rite Aid | | | | | sell | 12-7 | J | None | |
| 42. -Texas Instruments | | | | | sell | 3-22 | J | None | |
| 43. -Wells Fargo | | | | | sell | 6-30 | J | B | |
| 44. -Putnam Premier Income Trust | | | | | | | | | |
| 45. -Andrx Group | | | | | sell | 10-21 | J | None | |
| 46. -Emeritus Corp. | | | | | buy | 1-26 | J | | |
| 47. -Emeritus Corp. | | | | | buy | 2-20 | J | | |
| 48. -Encana Corp. | | | | | buy | 12-31 | J | | |
| 49. -Enerplus Resources | | | | | buy | 6-25 | K | | |
| 50. -Fording Canadian Coal | | | | | buy | 12-23 | K | | |
| 51. -General Electric | | | | | buy | 7-16 | J | | |
| 52. -J C Penney | | | | | buy | 3-18 | K | | |
| 53. -Provident Energy Trust | | | | | buy | 11-16 | J | | |
| 54. -Safeway | | | | | buy | 2-23 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. United Natural Foods | | | | | buy | 1-20 | J | | |
| 56. -Young Broadcasting | | | | | buy | 2-3 | J | | |
| 57. -Young Broadcasting | | | | | buy | 6-30 | J | | |
| 58. IRA #2 | A | div & int. | K | | | | | | |
| 59. -Saving Acct. at Citibank | | | | | | | | | |
| 60. -Smith Barney Money Fund | | | | | redeem | 12-29 | J | None | |
| 61. -Kaiser Group Intl. | | | | | | | | | |
| 62. -Provident Energy Trust | | | | | buy | 12-23 | J | | |
| 63. -John Hancock Bank Fund | | | | | buy | 12-23 | J | | |
| 64. -Alliance Bernstein Technology Fund | | | | | redeem | 12-14 | J | None | |
| 65. -Smith Barney Premier Selections Fund | | | | | redeem | 12-14 | J | None | |
| 66. -Smith Barney Large Cap Growth Fund | | | | | redeem | 12-14 | J | B | |
| 67. -Tennessee Valley Authority Strips | | | | | | | | | |
| 68. Trust #2 | A | div. | J | U | | | | | |
| 69. -Dodge & Cox Stock Fund | | | | | buy | 1-20 | J | | |
| 70. Trust #3 | C | div. | M | U | | | | | |
| 71. -T. Rowe Price Short-Term Bond Fund | | | | | redeem | 3-31 | J | A | Partial Redemption |
| 72. -T. Rowe Price Short-Term BOND FUND | | | | | redeem | 4-1 | J | A | Partial Redemption |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 74. -T. Rowe Price Developing Technologies Fund | | | | | | | | | |
| 75. -T. Rowe Price Value Fund | | | | | redemption | 12-4 | M | D | |
| 76. -T. Rowe Price Capital Opportunity Fund | | | | | buy | 12-4 | M | | |
| 77. -Citibank Checking Account | | | | | | | | | |
| 78. Vanguard Limited-Term Tax Exempt Fund | D | div. | M | U | buy | 1-22 | M | | |
| 79. Vanguard Limited-Term Tax Exempt Fund | | | | | buy | 3-3 | K | | |
| 80. Vanguard Limited-Term Tax Exempt Fund | | | | | redeem | 4-14 | K | None | Partial Redemption |
| 81. Vanguard Limited-Term Tax Exempt Fund | | | | | redeem | 6-28 | K | None | Partial Redemption |
| 82. Vanguard Limited-Term Tax Exempt Fund | | | | | redeem | 7-19 | K | A | Partial Redemption |
| 83. Vanguard Limited-Term Tax Exempt Fund | | | | | redeem | 7-26 | J | A | Partial Redemption |
| 84. Walt Disney Co. | A | div. | J | T | | | | | |
| 85. Vanguard Tax Exempt Money-Market Fund | A | div. | J | U | buy | 8-9 | M | | |
| 86. Vanguard Tax Exempt Money-Market Fund | | | | | redeem | 9-20 | J | None | Partial Redemption |
| 87. Vanguard Tax-Exempt Money Market Fund | | | | | redeem | 10-8 | J | None | Partial Redemption |
| 88. Vanguard Tax-Exempt Money-Market Fund | | div. | | | redeem | 10-15 | K | None | Partial Redemption |
| 89. Vanguard Tax-Exempt Money-Market Fund | | | | | redeem | 12-15 | L | None | Partial Redemption |
| 90. Smith Barney Adjustable Rate Income Fund | A | div. | | | redeem | 7-21 | J | A | Partial Redemption |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Smith Barney Adjustable Rate Income Fund | | | | | redeem | 10-20 | | A | |
| 92. Smith Barney Municipal N.Y. Money Market Fund | A | div. | J | U | buy | 7-21 | | | |
| 93. T. Rowe Price Uniform Gift to Minor Account | C | div. | M | U | | | | | |
| 94. -T. Rowe Price Growth Stock Fund | | | | | | | | | |
| 95. -T.Rowe Price International Discovery Fund | | | | | buy | 9-24 | J | | |
| 96. -T.Rowe Price Japan Fund | | | | | | | | | |
| 97. T.Rowe Price Small Cap Stock Fund | | | | | buy | 1-29 | J | | |
| 98. Trust #3 | | | | | | | | | |
| 99. -Aggressive Growth Portfolio | A | div. | | | | | | | |
| 100. Citibank Checking Account | | | J | T | | | | | |
| 101. Citibank Checking Account | A | int. | L | T | | | | | |
| 102. Citibank Checking Account | A | int. | J | T | | | | | |
| 103. Vanguard Municipal Money Market Fund | A | div. | L | U | | | | | |
| 104. Bernstein Emerging Markets Portfolio | B | div. | M | U | buy | 12-10 | J | | |
| 105. Bernstein New York Municipal Portfolio | D | div. | M | U | | | | | |
| 106. 1% Ownership in Building in Detroit, Mich. | A | rent | J | W | | | | | |
| 107. Supervalu Inc. | A | div. | J | T | | | | | |
| 108. Altria Group | A | div. | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,00 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | | | | | |
| 110. Cash Balance at Sanford Bernstein & Co. | A | int. | K | T | | | | | |
| 111. Thomas & Betts | NONe | | | | sell | 2-18 | J | B | |
| 112. Anheuser Busch | A | div. | | | sell | 3-30 | J | A | |
| 113. Fleet Boston Financial | A | div. | | | sell | 3-17 | J | B | |
| 114. Grand Central Holdings | | | J | W | | | | | |
| 115. General American Investors | A | div. | J | T | | | | | |
| 116. Sears Roebuck & Co. | A | div. | | | sell | 3-12 | J | C | |
| 117. Arrow Electronics | | | J | T | | | | | |
| 118. Genuine Parts Co. | A | div. | | | sell | 1-26 | J | B | |
| 119. Whirlpool Corp. | A | div. | J | T | sell | 7-27 | J | B | Partial sale |
| 120. VF Corp. | A | div. | J | T | | | | | |
| 121. Occidental Petroleum | A | div. | J | T | sell | 12-16 | J | D | Partial sale |
| 122. Tech Data Corp. | | | J | T | | | | | |
| 123. Conoco Philips | A | div. | K | T | sell | 12-2 | J | C | Partial sale |
| 124. Burlington Northern Santa Fe | A | div. | J | T | | | | | |
| 125. Bank of America | A | div. | K | T | sell | 3-17 | J | B | Partial sale - also see Part VIII. |
| 126. Hewlett Packard | A | div. | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Lear Corp. | A | div. | J | T | | | | | |
| 128. Lehman Bros. Holdings | A | div. | J | T | buy | 4-23 | J | | |
| 129. Lehman Bros. Holdings | | | | | sell | 7-7 | J | None | Partial sale |
| 130. National City Corp. | A | div. | J | T | buy | 11-1 | J | | |
| 131. Norfolk Southern | A | div. | K | T | sell | 2-06 | J | A | Partial sale; see Part VIII |
| 132. May Department Stores | A | div. | J | | sell | 4-12 | J | None | |
| 133. Wachovia | A | div. | J | T | sell | 2-27 | J | B | Partial sale |
| 134. Washington Mutual | A | div. | J | T | sell | 2-13 | J | C | |
| 135. American International Group | A | div. | K | T | sell | 10-5 | J | None | Partial sale |
| 136. Amgen Inc. | None | | K | T | buy | 5-12 | J | | |
| 137. Citigroup | B | div. | K | T | | | | | |
| 138. Comcast | None | | J | T | sell | 3-30 | J | None | Partial sale |
| 139. Comcast | | | | | sell | 6-3 | J | A | Partial sale |
| 140. Dell Computer | None | | K | T | sell | 3-30 | J | | |
| 141. Goldman Sachs | A | div. | J | T | sell | 3-24 | J | B | Partial sale |
| 142. General Electric | B | div. | K | T | buy | 2-12 | K | | |
| 143. Intel Corp | A | div. | J | T | sell | 11-11 | J | None | Partial sale |
| 144. Johnson & Johnson | A | div. | | | sell | 11-5 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Kohls | None | | | | sell | 1-13 | J | None | |
| 146. Lowes Companies | A | div. | K | T | | | | | |
| 147. MBNA Corp. | A | div. | K | T | sell | 2-2 | J | B | Partial sale |
| 148. MBNA Corp. | | | | | sell | 11-11 | J | C | Partial sale |
| 149. Medtronic | A | div. | J | T | sell | 7-19 | J | A | |
| 150. Microsoft | A | div. | K | T | buy | 4-19 | J | | |
| 151. Microsoft | | | | | buy | 12-9 | J | | |
| 152. Microsoft | | | | | sell | 10-5 | J | None | Partial sale |
| 153. Nokia | None | | | | sell | 4-26 | J | A | |
| 154. Proctor & Gamble | A | div. | J | T | buy | 3-18 | J | | |
| 155. United Health Group | A | div. | K | T | sell | 9-14 | J | C | |
| 156. Viacom | A | div. | | | sell | 12-15 | K | None | |
| 157. Torchmark | A | div. | K | T | | | | | |
| 158. Wal-mart | A | div. | J | T | sell | 10-5 | J | None | Partial sale |
| 159. Wal-mart | | | | | sell | 12-15 | J | | Partial sale |
| 160. Walgreen | A | div. | | | sell | 3-30 | J | A | |
| 161. Cooper Industries | A | div. | J | T | | | | | |
| 162. Chubb | A | div. | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Corning | None | | J | T | buy | 7-12 | J | | |
| 164. Corning | | | | | sell | 10-1 | K | D | Partial sale |
| 165. Nortel Networks | None | | | | sell | 2-2 | J | D | |
| 166. Ingram Micro | None | | J | T | | | | | |
| 167. Metlife | A | div. | J | T | | | | | |
| 168. PPL Corp. | A | div. | | | sell | 8-31 | K | D | |
| 169. SBC Communciations | None | | | | sell | 1-23 | J | None | |
| 170. Valero Energy | None | | | | sell | 1-7 | J | B | |
| 171. Pfizer Inc. | A | div. | K | T | sell | 1-2 | J | None | Partial sale |
| 172. Tellabs Inc. | None | | J | T | | | | | |
| 173. Sprint | A | div. | J | T | | | | | |
| 174. Freddie Mac | A | div. | J | T | buy | 6-1 | J | | |
| 175. Glaxo Smith Kline | A | div. | J | T | | | | | |
| 176. Bernstein Tax-Managed International Portfolio | C | div. | O | U | buy | 12-16 | J | | See Part VIII |
| 177. Fannie Mae | A | div. | J | T | sell | 4-26 | J | None | Partial sale |
| 178. Ebay | None | | K | T | buy | 1-26 | J | | |
| 179. Electronic Arts Inc. | None | | K | T | buy | 9-24 | J | | |
| 180. Maxim | | | | | sell | 12-6 | J | None | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. Merrill Lynch | A | div. | | | buy | 2-20 | J | | |
| 182. Merrill Lynch | | | | | sell | 2-7 | J | None | |
| 183. Progressive | A | div. | | | sell | 8-26 | J | B | |
| 184. Veritas Software | None | | | | sell | 7-7 | J | None | |
| 185. CSX Corp | A | div. | J | T | | | | | |
| 186. Flextronics | None | | J | T | buy | 8-6 | J | | |
| 187. Guidant Corp. | A | div. | | | sell | 6-18 | J | A | |
| 188. Magna International | A | div. | J | T | buy | 12-10 | J | | |
| 189. American Electric Power | A | div. | J | T | sell | 8-17 | J | None | |
| 190. Partnerre Ltd. | A | div. | J | T | | | | | |
| 191. Pepsic | A | div. | J | T | | | | | |
| 192. Renaissancere Holdings | A | div. | | | sell | 10-15 | J | A | |
| 193. Safeway | None | | J | T | | | | | |
| 194. Verizon Communications | A | div. | | | sell | 1-23 | J | A | |
| 195. Verizon Communications | | | | | sell | 4-2 | J | A | |
| 196. Wyeth | A | div. | | | sell | 5-5 | J | None | |
| 197. Cisco Systems | None | | J | T | buy | 1-13 | J | | |
| 198. Cisco Systems | | | | | sell | 9-28 | J | None | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Boeing Co. | A | div. | J | T | buy | 6-14 | J | | |
| 200. Boeing Co. | | | | | buy | 11-11 | J | | |
| 201. Borg Warner | None | | | | buy | 2-12 | J | | |
| 202. Chevron Texaco Corp. | A | div. | J | T | buy | 9-30 | J | | |
| 203. Jones Apparel | A | div. | J | T | buy | 10-19 | J | | |
| 204. J.P. Morgan Chase | | | | | buy | 3-17 | J | | |
| 205. J.P. Morgan Chase | | | | | buy | 4-27 | J | | |
| 206. J.P. Morgan Chase | A | div. | K | T | buy | 7-9 | J | | |
| 207. Martin Marietta Mateials | None | | J | T | buy | 12-27 | J | | |
| 208. McDonalds | None | | J | T | buy | 12-15 | J | | |
| 209. Medco Health Solutions | None | | J | T | buy | 9-30 | J | | |
| 210. Solectron | None | | J | T | buy | 11-11 | J | | |
| 211. Sun Trust Banks | A | div. | J | T | buy | 9-9 | J | | |
| 212. Target Corp. | A | div. | J | T | buy | 11-1 | J | | |
| 213. Target Corp. | | | | | buy | 12-9 | J | | |
| 214. Unilever | A | div. | J | T | buy | 4-14 | J | | |
| 215. Time Warner | None | | J | T | buy | 4-6 | J | | |
| 216. Time Warner | | | | | buy | 6-22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclos re | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transac ions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amo nt Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 217. XL Capital | A | div. | J | T | buy | 10-5 | J | | |
| 218. Alcon | A | div. | J | T | buy | 4-23 | J | | |
| 219. Avon Products | A | div. | J | T | buy | 6-8 | J | | |
| 220. Avon Products | | | | | buy | 12-22 | J | | |
| 221. Bed Bath & Beyond | None | | J | T | buy | 4-23 | J | | |
| 222. Boston Scientific | None | | J | T | buy | 5-12 | J | | |
| 223. Broadcom | None | | J | T | buy | 6-9 | J | | |
| 224. Broadcom | | | | | buy | 12-22 | J | | |
| 225. Caremark RX | None | | J | T | buy | 7-22 | J | | |
| 226. Carnival Corp. | None | | J | T | buy | 12-10 | J | | |
| 227. E.W. Scripps | A | div. | J | T | buy | 10-6 | J | | |
| 228. Google | None | | J | T | buy | 12-8 | J | | |
| 229. Juniper Networks | | | | | buy | 3-10 | J | | |
| 230. Juniper Networks | None | | K | T | buy | 10-12 | J | | |
| 231. Nabor Industries | None | | J | T | buy | 10-12 | J | | |
| 232. Qualcomm | A | div. | | | buy | 7-12 | J | | |
| 233. Qualcomm | | | K | T | buy | 12-22 | J | | |
| 234. Research in Motion | None | div. | J | T | buy | 12-8 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = S1, 00,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250, 00-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Es ate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 5/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. St. Jude Medical | None | | J | T | buy | 7-22 | J | | |
| 236. Starbucks | None | | J | T | buy | 12-8 | J | | |
| 237. Symantec | None | | J | T | buy | 10-6 | J | | |
| 238. Teva Pharmaceutical | | | | | buy | 12-16 | J | | |
| 239. Teva Pharmaceutical | | | J | T | buy | 12-22 | J | | |
| 240. Yahoo | None | | K | T | buy | 1-26 | J | | |
| 241. Yahoo | | | | | buy | 2-20 | J | | |
| 242. Yahoo | | | | | buy | 12-22 | J | | |
| 243. Zimmer Holdings | None | | J | T | buy | 9-14 | J | | |
| 244. Amazon Com | | | | | buy | 10-6 | J | | |
| 245. Amazon Com | None | | | | sell | 12-6 | J | None | |
| 246. Applied Materials | | | | | buy | 1-13 | J | | |
| 247. Applied Materials | None | | | | sell | 12-6 | J | None | |
| 248. BP Amoco | A | div. | K | T | buy | 1-9 | J | | |
| 249. BP Amoco | | | | | buy | 9-9 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 5/17/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII - Last year's form listed L-3 Communications as having been bought. It actually was sold. The other information reported last year with respect to that security was correct.

Part VII - Bank of America, Norfold Southern and Bernstein Tax-Managed International Portfolio were reported last year as sold. They should have been listed as partial sales.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 5/17/2005 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 5/17/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date June 5, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544